**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7855**

---

CALVIN R. MATTISON,

Plaintiff - Appellant,

versus

TONY BROWN; ROBERT CARRILES,

Defendant - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Charles E. Simons, Jr., Senior
District Judge.  (CA-94-2610-9-6JC)

---

Submitted:  September 11, 1997      Decided:  September 18, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Calvin R. Mattison, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Defendants' motion for summary judgment in Appellant's action alleging improper interference with his mail. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mattison v. Brown</u>, No. CA-94-2610-9-6JC (D.S.C. Nov. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2